**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT

11/29/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

| | |
|---|---|
| Case Number  2:21-cr-00540 -SB | Defendant Number  1 |
| U.S.A. v.  Paul O. Paradis | Year of Birth  1963 |
| ☐ Indictment   ☑ Information | Investigative agency (FBI, DEA, etc.)  FBI |

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense  February 25, 2015 - March 14, 2019

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles   ☐ Ventura

☐ Orange   ☐ Santa Barbara

☑ Riverside   ☐ San Luis Obispo

☐ San Bernardino   ☐ Other

Citation of Offense  18 USC 666

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No   ☐ Yes

If "Yes," Case Number:

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):  Bradshaw v. City of Los Angeles, CV 19-661-VAP; Paradis v. Pansky, CV-20-9960; Jones v. Los Angeles, CV 20-11502-VAP

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:

Case Number:

Assigned Judge:

Charging:

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☑ Yes

IF YES, provide Name:  David Scheper

Phone Number:  213-615-1715

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☑ Yes*   ☐ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   ☑ Yes   ☐ No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

Case Number

The superseded case:

☐ is still pending before Judge/Magistrate Judge

☐ was previously dismissed on

Are there 8 or more defendants in the superseding case?

☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☑ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☑ Yes   ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

### INTERPRETER

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male   ☐ Female

☐ U.S. Citizen   ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:
    ☑ All counts
    ☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
    18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
    18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud   ☑ public corruption

☐ government fraud   ☐ tax offenses

☐ environmental issues   ☐ mail/wire fraud

☐ narcotics offenses   ☐ immigration offenses

☐ violent crimes/firearms   ☐ corporate fraud

☐ Other _____

_____

### CUSTODY STATUS

<u>Defendant is **not in custody**:</u>

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

    in the amount of $ _____

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:

_____

<u>Defendant is **in custody**:</u>

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of Institution: _____

c. If Federal, U.S. Marshals Service Registration Number:

_____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:   ☐ Yes   ☐ No

    IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☐ No

    IF YES :   ☐ State   ☐ Federal   AND

Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   _____ 20   _____ 21   _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date _11/24/2021_

Signature of Assistant U.S. Attorney

MELISSA MILLS
Print Name