# *Memorandum*

2:21-cr-00540 -SB





| | |
|---|---|
| **Subject:**<br>United States v. Paul O. Paradis | **Date:**<br>November 29, 2021 |
| **To:**<br>KIRY K. GRAY<br>Clerk, United States District Court<br>Central District of California | **From:**<br>MELISSA MILLS<br>Assistant United States Attorney<br>Criminal Division |

The above-referenced matter, being filed on November 29, 2021,

- Relates to (1) a matter pending in the Violent Crimes Section of the USAO at any time between March 1998 and September 2002 or January 2004 and October 2007, the time period during which Patricia Donahue served as the Deputy Chief and then Chief of that section; (2) a matter pending in the General Crimes Section of the USAO at any time between September 2002 and July 2003, the time period during which Patricia Donahue served as the Chief of that section; (3) a matter pending in the National Security Division of the USAO at any time between July 2015 and September 2016, the time period during which Patricia Donahue served as the Chief of that Division; (4) any matter in which any AUSA consulted with Patricia Donahue between November 2007 and June 2015, or between April 2017 and April 2018, the time period during which she served as a Special Litigation Counsel; (5) any matter in which any AUSA consulted directly with Patricia Donahue between April 2018 and April 2020, the time period during which she served as Chief of Trials, Integrity, and Professionalism; or (6) a matter in which Patricia Donahue was personally involved or on which she was personally consulted while employed in the USAO (between March 1991 and April 2020).

MELISSA MILLS
Assistant United States Attorney