UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
11/29/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR No. 2:21-cr-00540-SB |
| v. | |
| PAUL O. PARADIS, | NOTICE TO COURT OF RELATED CRIMINAL CASE |
| DEFENDANT(S) | (PURSUANT TO GENERAL ORDER 21-01) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to Dennis Bradshaw v. City of Los Angeles et al., Case No. CV 19-6661-VAP; Paul O. Paradis v. Ellen Pansky et al., Case No. CV 20-9660-VAP; and Antwon Jones v. City of Los Angeles et al., Case No. CV 20-11502-VAP, all of which:

   __x__   were previously assigned to the Honorable Virginia A. Phillips;

   _____   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   __x__   the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   __x__   the cases involve one or more parties in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: November 24, 2021

_____
MELISSA MILLS
Assistant United States Attorney