1  DAVID C. SCHEPER (SBN: 120174)
   dscheper@winston.com
2  JEFFREY L. STEINFELD (SBN: 294848)
   jlsteinfeld@winston.com
3  WINSTON & STRAWN LLP
   333 S. Grand Avenue
4  Los Angeles, CA 90071-1543
   Telephone: (213) 615-1700
5  Facsimile: (213) 615-1750

6  Attorneys for Defendant
   PAUL O. PARADIS
7
   *Additional counsel listed on next page*
8

9

10              **UNITED STATES DISTRICT COURT**

11              **CALIFORNIA CENTRAL DISTRICT**

12

13 | UNITED STATES OF AMERICA,    | Case No. 2:21-cr-00540-SB
   |                              |
14 |         Plaintiff,           | Hon. Stanley Blumenfeld, Jr.
   |                              | Courtroom 6C
15 |   v.                         |
   |                              | **REDACTED - PUBLIC VERSION**
16 | PAUL O. PARADIS,             |
   |                              | **JOINT STIPULATION TO**
17 |         Defendant.           | **CONTINUE DEFENDANT PAUL**
   |                              | **PARADIS' SENTENCING DATE**
18 |                              |
   |                              | Concurrently filed with [Proposed] Order
19 |                              |
20 |                              |
   |                              | Action Filed:  November 29, 2021
21 |                              | Hearing Date:  July 19, 2022
   |                              | Hearing Time:  8:00 a.m.
22

23

24

25

26

27

28

                                  1

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
J. JAMARI BUXON (SBN: 342364)
SUSAN S. HAR (SBN: 301924)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0627
Facsimile:  (213) 894-7631
Email:      Jamari.Buxton@usdoj.gov
            Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# JOINT STIPULATION

WHEREAS, on November 29, 2021, plaintiff the United States of America (the "Government") filed a one-count information (the "Information") charging defendant Paul O. Paradis ("Paradis") with Bribery Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(B);

WHEREAS, on November 29, 2021, Paradis entered into a plea agreement (the "Plea Agreement") with the Government regarding the Information;

WHEREAS, the Plea Agreement requires, among other things, that Paradis "cooperate fully with the [United States Attorney's Office ("USAO")], the Federal Bureau of Investigation, and as directed by the USAO, any other federal, state, local, or foreign prosecuting, enforcement, administrative, regulatory, or licensing authority, including the Bar of any state";

WHEREAS, on January 28, 2022, Paradis entered a guilty plea to the Information and the Court set the sentencing date as July 19, 2022 at 8:00 AM;

WHEREAS, at the January 28, 2022 plea hearing, the Government informed the Court that it "requires some additional time with Paradis because his cooperation is continuing in this investigation" and that "with the Court's indulgence" if the cooperation "require[s] additional time" beyond July, the parties would "ask for a continuance" (1/28/2022 Tr. at 28:9-14);

WHEREAS, **Confidential Information Related To An Ongoing Investigation**
[redacted]

1  **Confidential Information Related To An Ongoing Investigation**
2  
3  
4  
5        WHEREAS, **Confidential Information Related To An Ongoing Investigation**
6  
7  
8        WHEREAS, **Confidential Information Related To An Ongoing Investigation**
9  
10  
11  
12  
13  
14  
15  
16        WHEREAS, **Confidential Information Related To An Ongoing Investigation**
17  
18  
19  
20        WHEREAS, Mr. Paradis and the Government support a modest four-month
21  continuance **Confidential Information Related To An Ongoing Investigation**
22        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:
23        Paradis' sentencing date be continued for four months from July 19,
24        2022 to November 22, 2022 at 8:00 AM or as soon thereafter as the
25        Court orders;
26  **IT IS SO STIPULATED**.
27  
28

| | | |
|---|---|---|
| 1 | Dated: June 28, 2022 | WINSTON & STRAWN LLP |
| 2 | | |
| 3 | | By: _[signature]_____ |
| 4 | | DAVID C. SCHEPER<br>JEFFREY L. STEINFELD |
| 5 | | Attorneys for Defendant<br>PAUL O. PARADIS |
| 6 | | |
| 7 | | |
| 8 | Dated: June 28, 2022 | UNITED STATES ATTORNEY'S OFFICE<br>FOR THE CENTRAL DISTIRCT OF |
| 9 | | CALIFORNIA |
| 10 | | TRACY L. WILKISON |
| 11 | | United States Attorney |
| 12 | | |
| 13 | | By: /s J. Jamari Buxton_____<br>J. JAMARI BUXTON |
| 14 | | SUSAN S. HAR<br>Assistant United States Attorney |

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3(a)(2)(i)**

I, Jeffrey L. Steinfeld, am the ECF User whose identification and password are being used to file this stipulation.  Per Local Rule 5-4.3(a)(2)(i), I hereby attest that all other signatories listed and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 28, 2022                                    BY: _____

                                                                            Jeffrey L. Steinfeld