*United States v. Paul O. Paradis*,
Case No. 2:21-cr-00540-SB
Sentencing Memorandum of Paul O. Paradis

# Exhibit A

## Declaration of Paul O. Paradis

## Detailing Cooperation With Federal Law Enforcement

## &

# Sub Exhibits A-01 - A-06

## UNDER SEAL