

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:     Chief Deputy/Fiscal

**Re:    Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:   __2:21−cr−00540−SB__
Defendant's Name:   __Paul O. Paradis__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __1/8/2024__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __1/8/2024__, it was verified the defendant:**

__has surrendered to the Bureau of Prisons__ .

**Verified via e−mail with the following:**

U.S. Marshal:   __A. Bailon__   *(Name of Officer)*

__January 9, 2024__                 By _____/s/ *Grace Kami*_____
Date                                            Deputy Clerk

CR−86 (11/08)                    VERIFICATION OF SURRENDER