**U.S. Department of Justice**
United States Marshals Service

Log # 4030
Capture # 012-2:2021-CR-00540-1

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

FILED
CLERK, U.S. DISTRICT COURT
2/29/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CDO  DEPUTY

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 2:21-cr-00540-SB |
| **DEFENDANT** Paul Oliva Paradis | **TYPE OF PROCESS** Judgment and Commitment Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

AUSA Jonathan Galatzan
1400 United States Courthouse
312 N. Spring Street, Los Angeles, CA 90012
Phone: 213-894-2727; E-mail: jonathan.galatzan@usdoj.gov

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, *All Telephone Numbers, and Estimated Times Available for Service):*

CATS AIN 23-FBI-008848 $44,425.33 in Funds

Per criminal order, Please deposit defendant funds in the Seized Asset Deposit Fund Account.

Signature of Attorney other Originator requesting service on behalf of:

JONATHAN GALATZAN
Digitally signed by JONATHAN GALATZAN
Date: 2024.02.28 12:30:29 -08'00'

[X] PLAINTIFF
[ ] DEFENDANT

**TELEPHONE NUMBER** 213-894-2727

**DATE**

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 1
District of Origin No. 12
District to Serve No. 12

Signature of Authorized USMS Deputy or Clerk: *Anelle Chavez*
Date: 2/28/2024

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 2/28/2024
Time: 3:19 [ ] am [X] pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy: *Anelle Chavez*

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

Deposited $44,425.33 into SADF on 02/26/2024 (23-FBI-008848); per criminal order.

Form USM-285
Rev. 03/21